IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CHAPTER 13 |
| ERIC ZANE AMOS, ) | |
| ) | CASE NO. 13-58694-lrc |
| Debtor. ) | |
| _____ ) | _____ |
| ) | |
| ERIC ZANE AMOS, ) | |
| ) | |
| Plaintiff, ) | ADVERSARY PROCEEDING |
| ) | NO.  19-05297-lrc |
| vs. ) | |
| ) | |
| FAY SERVICING, LLC, SENECA ) | |
| MORTGAGE SERVICING, LLC ) | |
| AND PLANET HOME LENDING, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Bankruptcy Local Rule 9006-1, Plaintiff Eric Zane Amos ("Debtor" or "Plaintiff") and Defendants Fay Servicing, LLC, Seneca Mortgage Servicing, LLC and Planet Home lending, LLC ("Defendants"), hereby stipulate that all named Defendants shall have to and through November 2, 2019 within

which to file its responsive pleading in the above matter, so that any responsive pleading filed by November 2, 2019, shall be deemed timely.

Respectfully submitted this 1st day of October, 2019.

SO STIPULATED:

| | |
|---|---|
| /s/ *Paul J. Sieg* | /s/ *Gregory M. Taube* |
| Matthew T. Berry | Gregory M. Taube |
| Georgia Bar No. 055663 | Georgia Bar No. 699166 |
| Paul J. Sieg | |
| Georgia Bar No. 334182 | NELSON MULLINS RILEY & |
| [*signed by express permission*] | SCARBOROUGH LLP |
| | 201 17th Street, NW, Suite 1700 |
| BERRY & ASSOCIATES | Atlanta, Georgia 30363 |
| 2751 Buford Highway, NE, Suite 600 | (404) 322-6000 (Phone) |
| Atlanta, Georgia 30324 | (404) 322-6050 (Fax) |
| (404) 235-3334 (Phone) | greg.taube@nelsonmullins.com |
| (404) 235-3333 (Fax) | |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |